IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02282-LTB

PAUL PEREZ,

    Plaintiff,

v.

WARDEN TRANI,
DR. LAMPALA,
DR. SHEW, and
H. P. BUNDY,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 4, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 4 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/L. Gianelli
                    Deputy Clerk